**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN JOSE DIVISION

11   Elena Del Campo, on behalf of herself and all others similarly          NO. C 01-21151 JW
     situated,                                                               and related NO. C 03-02611 JW

12
                               Plaintiff(s),                                 **ORDER CONTINUING CASE**
13        v.                                                                 **MANAGEMENT CONFERENCE**

14   George Kennedy, et al.,

15                             Defendant(s).
     _____/

16

17        In preparation for the presently scheduled case management conference for October 24, 2005, the

18   parties in the Del Campo action have filed separate case management statements.  The Plaintiff seek either

19   a continuance of the conference or to appear telephonically due to the unavailability of counsel.  Since it is

20   very difficult for the Court to conduct case management conference telephonically, the Court reschedules

21   the case management to November 7, 2005 at 10 a.m.  Pursuant to the Civil Local Rules of this Court, the

22   parties shall file a *joint* case management statement no later than ten (10) days before the conference.

23   (*emphasis added.*)

24

25   Dated: October 17, 2005                              __/s/ James Ware_____

26                                                        JAMES WARE
                                                         United States District Judge

27

28

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles E. Perkins cperkins@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: October 17, 2005**                    **Richard W. Wieking, Clerk**

                                               **By:   /s/ JW Chambers                    **
                                                    **Ronald L. Davis**
                                                    **Courtroom Deputy**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28