IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena Del Campo, on behalf of herself and all others similarly situated,<br><br>        Plaintiff(s),<br>  v.<br><br>George Kennedy, et al,<br><br>        Defendant(s). | NO. C 01-21151 JW<br>Related Case NO. C 03-02611 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon review of the parties' joint case management statement, the Court believes that it is more efficient to vacate the presently scheduled case management conference for November 7, 2005. The Court relies on the Plaintiff's representation that Plaintiff will notice her motion for consolidation for a hearing on **December 12, 2005.** Since Defendants have previously represented to the Court that they do not oppose consolidation (with one outstanding issue with respect to Defendant George Kennedy's status), the Court believes that everyone would benefit if the conference is held after the hearing.  Accordingly, the Court sets a case management conference on the same date as the hearing on Plaintiff's motion to consolidate.  The parties shall appear at **9 a.m.** for the hearing on the motion, and **10 a.m.** for the case management conference.

If there are significant changes from now until the date of the case management conference, the parties shall file an updated joint case management statement pursuant to the Civil Local Rules.

Dated: November 3, 2005

                                                          JAMES WARE
                                                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles E. Perkins cperkins@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: November 3, 2005**　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　　**By:　/s/ JW Chambers**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Ronald L. Davis**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**

**United States District Court**
For the Northern District of California